UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LUIS F. BRUNI,
FDOC Inmate No. L52662,

    Plaintiff,

v.                                  CASE NO. 3:20cv5672-MCR-EMT

ROSS LICATA, et al.,

    Defendants.
_____/

## **O R D E R**

The chief magistrate judge issued a Report and Recommendation on August 19, 2021. ECF No. 13. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The chief magistrate judge's Report and Recommendation, ECF No. 13, is adopted and incorporated by reference in this Order.

2.  The clerk of court is directed to transfer this action to the United States District Court for the Southern District of Florida for all further proceedings and close the case.

**DONE AND ORDERED** this 9th day of September 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:20cv5672-MCR-EMT